IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JIMMY L. BROWN                                                                                      PLAINTIFF

v.                                      Civil No. 4:13-cv-04032

GREGORY HARPER                                                                            DEFENDANT

## ORDER

Now before the Court is Plaintiff's Motion for Extension of Time.  ECF No. 21.  In this Motion, Plaintiff requests additional time to respond to the Court's November 26, 2013 Order to Show Cause and produce an address for service on Defendant.  Plaintiff states he did not receive this Order until December 3, 2013.  This case is not currently set for a trial or hearing, the Motion does not appear to be filed with the purpose of harassment or delay, and neither party will be prejudice by granting the requested extension.

The Court finds good cause for the extension is shown.  Accordingly, the Motion for Extension of Time (ECF No. 21) is hereby **GRANTED.**  Plaintiff's deadline to respond to the Order to Show Cause shall be extended to **December 20, 2013.**

Plaintiff is advised that failure to comply with this Court Order and respond by December 20, 2013 may subject this matter to dismissal.

**IT IS SO ORDERED this 10th day of December 2013.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE